



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 28, 2023**

**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| TRI-STATE SPORTS ENTERTAINMENT, INC. | § | CASE 20-42675-11 |
| | § | |
| DEBTOR | § | |

### FINAL DECREE

The Court having determined previously that there is no impediment to the entry of a Final Decree in this case; the Court finds that the estate of the above named debtor is being administered, and pursuant to Bankruptcy Rule 3022, it is

ORDERED that the chapter 11 case of the above named debtor is closed.

### END OF ORDER ###

**FINAL DECREE  - PAGE 1**

**FINAL DECREE** - **PAGE 2**